**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **LARONDA MICHELLE BRUINS** § | |
| § | |
| Plaintiff, § | **CIVIL ACTION NO. 4:16CV775** |
| § | |
| v. § | |
| § | |
| **INTEL CORPORATION** § | |
| **and JARED ROSS** § | |
| § | |
| Defendants. § | |

## ORDER ON MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

On this day came on to be heard Plaintiff LaRonda Michelle Bruins Motion for Voluntary Dismissal with Prejudice [Dkt. #11].

The court finds that the Motion is well taken and should be granted.

Accordingly, it is ORDERED, ADJUDGED AND DECREED that Plaintiff's cause of action against Intel Corporation and Jared Ross be dismissed with prejudice.

Each party shall bear his, her or its own court costs and attorney's fees.

**SIGNED this the 5th day of May, 2017.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE